# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        **Case No. 07-CR-274**

    **-vs-**

**ANWAR AVERY,**

        Defendant.

## DECISION AND ORDER

The Court adopts the Recommendation made to it by Magistrate Judge Goodstein. Therefore, the case will be tried on February 4, 2008.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2008.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**